FILED

MAR 0 7 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF WALGREEN COMPANY DBA – WALGREENS #13000 860 East Avenue Chico, California 95926 | Magistrate Docket Number: 2:18-SW 0158 |

**WARRANT FOR INSPECTION – Return Accounting for Items Seized**

The Administrative Inspection Warrant was served on February 28, 2018 through March 1, 2018 during normal business hours. Controlled substance documents were seized pursuant to the Administrative Inspection Warrant.

See attached copy of DEA-12 form (Receipt for Cash or Other Items) for items received from Walgreen Company DBA WALGREENS #13000.

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

WALGREENS PHARMACY
860 EAST AVE
CHICO, CA 95926

**FILE NO.** /
**G-DEP IDENTIFIER** /
**FILE TITLE** /
**DATE** 3/1/18

**DIVISION/DISTRICT OFFICE**

SACRAMENTO DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 68 (TOP DRAWER) | BUNDLES ORIGINAL CII RX 4702 1/2 TO 4734 2/3 | EVIDENCE/DOCUMENT REVIEW |
| 66 (MID DRAWER) | BUNDLES ORIGINAL CII RX 4734 3/3 TO 4766 2/2 | |
| 49 (BOTTOM DRAWER) | BUNDLES ORIGINAL CII RX 4767 1/2 TO 4791 1/1 | |
| 2 (RECENT FILL) | BUNDLES ORIGINAL CII RX 4791000-4791999 | 6 TOTAL BOXES |
| (RECENT FILL) | 4792000 - 4792999 | |
| 98 (TOP DRAWER) | BUNDLES ORIGINAL CII RX 4659 1/2 - 4701 1/2 | |
| 96 (2nd DRAWER) | BUNDLES ORIGINAL CII RX 4617 1/2 TO 4658 2/2 | |
| 100 (3rd DRAWER) | BUNDLES ORIGINAL CII R/X 4572 2/2 TO 4616 2/2 | |

**RECEIVED BY (Signature):** [signature], DI
**NAME AND TITLE (Print or Type):** Christina Emana, DI

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Steve Sanchez, Store Manager

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address ((including ZIP Code)), if applicable)

WALGREENS PHARMACY
860 EAST AVE
CHICO, CA 95926

**FILE NO.:** /
**G-DEP IDENTIFIER:** /
**FILE TITLE:** /
**DATE:** 3/1/18

**DIVISION / DISTRICT OFFICE**

SACRAMENTO DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 102 (BOTTOM DRAWER) | BUNDLES ORIGINAL CII RX 4532 1/2 TO 4571 2/2 | EVIDENCE / DOCUMENT REVIEW |
| 2 (PHARMACY BOXES) | BOXES ORIGINAL CII RX 4491 TO 4531 | |
| 71 (TOP DRAWER) | BUNDLES ORIGINAL CIII - CV RX 12/16/17 TO 2/27/18 | (9 TOTAL BOXES) |
| 119 (2nd DRAWER) | BUNDLES ORIGINAL CIII - CV RX 8/1/17 TO 12/15/17 | |
| 125 (3rd DRAWER) | BUNDLES ORIGINAL CIII - CV RX 3/10/17 TO 7/31/17 | |
| 112 113 (BOTTOM DRAWER) | BUNDLES ORIGINAL CIII - CV RX 11/1/16 TO 3/9/17 | |
| 2 (PHARMACY BOXES) | BOXES ORIGINAL CIII - CV RX 6/7/16 TO 10/31/16 | |

**RECEIVED BY (Signature):** [signature], DI
**NAME AND TITLE (Print or Type):** Christina Griffin, DI

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Steve Sanchez, Store Manager

DEA Form - 12 (Apr. 1983)
Previous edition dated 9/77 may be used until stock is exhausted.

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

WALGREENS PHARMACY
860 EAST AVE
CHICO, CA 95926

**FILE NO.** /

**G-DEP IDENTIFIER** /

**FILE TITLE** /

**DATE** 3/1/18

**DIVISION/DISTRICT OFFICE**

SACRAMENTO DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | DEA BOX W/ MISC PRINTOUTS | EVIDENCE / DOCUMENT REVIEW |
|  | PATIENT PROFILES + DEA 222s |  |
|  | INSPECTION REPORTS (COPIES) |  |
| 1 | PLASTIC BOX ORIGINAL INVOICES |  |
|  | CSIII-V + DEA 222 RETURNS |  |

2 TOTAL BOXES

NOTE - COPIES NOT TO BE RETURNED

**RECEIVED BY (Signature):** [signed] Grijalva, DI
**NAME AND TITLE (Print or Type):** Christina Grijalva, DI

**WITNESSED BY (Signature):** [signed]
**NAME AND TITLE (Print or Type):** Steve Sanchez, Store Manager

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version